UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | | |
|---|---|---|
| RICHARD T. C. WAN | ) | |
| | ) | CASE NO. 1:10cv-51-M |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | |
| | ) | ELECTRONICALLY FILED |
| CINDY BLACK, *et al.*, | ) | |
| | ) | |
| DEFENDANT. | ) | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441, et seq., defendant Chase Bank USA, N.A., gives notice of its removal of this action to this Court from the Butler (Kentucky) Circuit Court, where the action was filed and is pending as Case No. 10-CI-0025. The grounds upon which removal is based are:

1. On February 5, 2010, a civil action captioned <u>Richard T. C. Wan v. Cindy Black and Chase Bank, USA, National Association</u>, Civil Action No. 10-CI-0025 (the "state court action") was filed in the Butler Circuit Court, Morgantown, Kentucky.

2. Copies of the Civil Summons and Complaint were served on Chase Bank USA, N.A. by certified mail on February 16, 2010. A copy of the Summons and Complaint is attached as Exhibit A. The Complaint was the initial pleading setting forth the claim for relief upon which this action or proceeding is based. No other proceedings have occurred in the state court action.

3. This Court has original federal question jurisdiction over the state court action under the provisions of 28 U.S.C. §§1331 and 1441, in that the plaintiff has alleged violations of 15 U.S.C. §1681 and 15 U.S.C. §1666(a), federal statutes, as well as state law claims.

4.     Pursuant to 28 U.S.C. §1446(b), this Notice is being filed within thirty (30) days of the service of the Complaint upon the defendant.  Pursuant to 28 U.S.C. §1446(d), copies of this Notice of Removal with exhibits and a Notice of Removal Directed to State Court will be served upon plaintiff's counsel and filed with the Butler Circuit Court Clerk.

Accordingly, the defendants respectfully notify this Court that the action now pending against it in the Butler Circuit Court has been removed to this Court in accordance with the foregoing statutory provision.

>
> Respectfully submitted,
>
> TACHAU MEEK PLC
> Dustin E. Meek
> Katherine E. McKune
>
> s/Katherine E. McKune
> 2400 National City Tower
> 101 South Fifth Street
> Louisville, KY 40202-3115
> (502) 238-9900
> Telecopy:  (502) 238-9910
> dmeek@tachaulaw.com
> kmckune@tachaulaw.com
>
> *Counsel for Defendant Chase Bank USA, N.A.*

## CERTIFICATE OF SERVICE

I certify that on March 18, 2010, I electronically filed this Notice of Removal with the clerk of the court by using the CM/ECF system and mailed this document and the notice of electronic filing by first-class mail to the following

| | |
|---|---|
| Justin S. Keown<br>Conway & Keown<br>127 West Union Street<br>P.O. Box 25<br>Hartford, KY  42347-0025<br>*Counsel for Plaintiff* | Cindy Black<br>109 Church Street<br>Woodbury, KY  42288<br>*Defendant* |

>
> s/Katherine E. McKune
> *Counsel for Defendant Chase Bank USA, N.A.*