UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | | |
|---|---|---|
| RICHARD T. C. WAN | ) | |
| | ) | CASE NO. 1:10-cv-00051-JHM-ERG |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | |
| | ) | ELECTRONICALLY FILED |
| CINDY BLACK, *et alius* | ) | |
| | ) | |
| DEFENDANT. | ) | |

### <u>AGREED ORDER OF DISMISSAL</u>

Plaintiff Richard T.C. Wan, defendant Cindy Black, and defendant Chase Bank USA, N.A. having resolved all claims and disputes and being in agreement herein; and the Court being otherwise sufficiently advised rules as follows:

IT IS ORDERED that all claims and disputes that were or could have been asserted by or against each of the parties are DISMISSED WITH PREJUDICE, with each party bearing his, her or its own court costs and attorney fees.

HAVE SEEN AND AGREE:

Justin S. Keown                                     TACHAU MEEK PLC
Conway & Keown                                      Dustin E. Meek
                                                    Katherine E. McKune

s/Justin S. Keown (with permission)                s/Katherine E. McKune
127 West Union Street                              3600 National City Tower
P.O. Box 25                                        101 South Fifth Street
Hartford, KY  42347-0025                           Louisville, KY  40202-3120
*Counsel for Plaintiff*                            *Counsel for Defendant Chase Bank USA, N.A.*


Cindy Black


s/Cindy Black (with permission)
109 Church Street
Woodbury, KY  42288
*Defendant*


Copies to:  Counsel of record

2